## WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600
WWW.WHAFH.COM

JOHN L. FREEMAN
EDGAR J. NATHAN, 3RD
CHARLES H. BALLER
DAVID A. RUTTENBERG
DANIEL W. KRASNER
FRED T. ISQUITH
STUART M. SAFT*
ERIC B. LEVINE
JEFFREY G. SMITH†
FRANCIS M. GREGOREK†
MARY JANE FAIT♦
ROBERT D. STEELE
MARK C. SILVERSTEIN
ELI D. GREENBERG
PETER C. HARRAR
LAWRENCE P. KOLKER
MARK C. RIFKIN◊
JEFFREY M. SCHWARTZ
MICHAEL JAFFE†
MARIA I. BELTRANI*
MICHAEL E. FLEISS
BETSY C. MANIFOLD†
ALEXANDER H. SCHMIDT°
JEFFREY S. REICH*
GREGORY M. NESPOLE
DAVID L. WALES
FRANCIS A. BOTTINI, JR.▽
DEMET BASAR°
ADAM J. LEVITT‡
LISA A. LOWENTHAL

SYMPHONY TOWERS
750 B STREET – SUITE 2770
SAN DIEGO, CA 92101
619-239-4599

625 NORTH FLAGLER DRIVE
9TH FLOOR
WEST PALM BEACH, FL 33401
561-833-1776

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
656 WEST RANDOLPH STREET, SUITE 500W
CHICAGO, IL 60661
312-466-9200

M. JOSHUA ABER
CARL R. SLOAN
ROBERT B. WEINTRAUB
ROBERT ABRAMS
OF COUNSEL

ALAN McDOWELL□
LINDA A. REDLISKY
NANCY S. PITKOFSKY°
STEVEN D. SLADKUS°
JULIE A. FOX‡
MICHAEL C. MULÉ°
RACHELE R. RICKERT▽
THOMAS H. BURT
JILL H. BLUMBERG°
SCOTT J. FARRELL°
KATE M. McGUIRE
LAUREN P. KRAUS°
GUSTAVO BRUCKNER°
STACEY T. KELLY°
RONNIE BRONSTEIN
PAULETTE S. FOX°
MICHAEL J. MISKE
TAMARA E. GROSS
CHRISTOPHER S. HINTON
JOSHUA BERENGARTEN
INGRID C. MANEVITZ°
MATTHEW M. GUINEY
MARTHA J. BROSIUS
AYA BOUCHEDID
JESSICA HOFF●

DIRECT DIAL 212-545-4788
FACSIMILE 212-545-4758
WALES@WHAFH.COM

ALSO ADMITTED
*FLA., †CAL., °N.J., ♦IL.
ONLY ADMITTED
▽CA,‡IL,□VA,◊NJ & PA, ●CT

June 9, 2005

**Federal Express and Electronically Filed**

The Honorable Leonard D. Wexler
United States District Court
  for the Eastern District of New York
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

> Re: ***In Re Curative Health Services Litigation*, CV 99-2074 (LDW)**

Dear Judge Wexler:

We are plaintiffs' lead counsel in the above referenced securities class action (the "Action"). We respectfully submit this letter in connection with the Settlement previously approved by the Court in the above referenced matter, and the First Distribution Order subsequently entered. Based on the amount of money remaining after the First Distribution, we believe that it is appropriate to make a second distribution to the Class. Specifically, by this letter and the enclosed affidavits, we respectfully seek the following:

1. Rejection of certain claims from the first distribution; based on the reasons set forth in the affidavit of Jack R. DiGiovanni of The Garden City Group, Inc. ("GCG"), plaintiffs' professional claims administrator, and my affidavit;
2. Approval of a second distribution to the Class;
3. Payment of administrative fess and expenses of GCG incurred in administering the settlement and for the second distribution; and
4. Payment of Class Counsel's fees and expenses incurred solely in administering the settlement.

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

The Honorable Leonard D. Wexler
United States District Court
June 9, 2005
Page 2

    Enclosed with this letter are my affidavit, as class counsel, and the affidavit of Jack DiGiovanni, the Director of Operations at GCG, which together sets forth in detail the claims distribution process for the second distribution, provides a list of the claims that Class Counsel and GCG believe should be rejected, and sets forth the fees and expenses incurred. Based on these affidavits, we respectfully submit that the enclosed Proposed Second Order be approved in all respects.

    We are available at the Court's convenience to answer any questions about this application.

Respectfully yours,

*/s/ David L. Wales*

David L. Wales (DLW-6912)

Enclosures

cc:    Norman Berman, Esq.
       Marc I. Gross, Esq.
       Francis S. Chlapowski, Esq.
       E. Michael Flanagan, Esq.

331098